TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar Number 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Mixael Estrada Ortiz, | Case No. 2:26-cv-00424-GMN-MDC |
| Petitioner, | **Unopposed Motion to Extend Time to File a Response to First Amended Petition (ECF No. 7)** |
| v. | |
| Pamela Bondi, *et al*., | **(First Request)** |
| Respondents. | |

Federal Respondent's Pamela Bondi, Markwayne Mullin, Michael Bernacke, and Todd Lyons ("Federal Respondents"), through undersigned counsel, hereby submit this motion to extend the deadline for Federal Respondents to file a response to the First Amended Petition ("Petition"), ECF No. 7. The currently deadline to response to the Petitioner's petition is March 25, 2026. Federal Respondent's request a 2-day extension, making the new response deadline March 27, 2026. On March 23, 2026 petitioner's counsel confirmed she does not oppose the extension. This is the first request for an extension of time to respond to Petitioner's petition.

### Memorandum of Points and Authorities

Federal Respondent's motion to extend the time to response to Petitioner's petition should be granted. Extensions of time under the Federal Rules are governed by Fed. R. Civ. P. 6(b). Rule 6(b)(1) allows a court "for good cause" to extend the time for "[w]hen an

act may or must be done." Local Rule IA 6-1 allows a party to request an additional time to perform an act. Good cause exists here.

Undersigned counsel respectfully requests this short extension in order to accommodate staffing shortages and the relatedly substantial workload handled by counsel for Federal Respondents.

This extension of time is requested to allow undersigned counsel adequate time to review the information received and prepare a responsive pleading to the Petitioner's petition. If this motion is granted, the new deadline file a responsive pleading will be March 27, 2026. This motion is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 24th day of March 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
United States Attorney

/s/ James. R. Sweetin
JAMES R. SWEETIN
Assistant United States Attorney

*Attorneys for the Federal Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____ March 24, 2026 _____

2