Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Keisha K. Matthews
Assistant Federal Public Defender
Pennsylvania State Bar No. 326438
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Keisha_Matthews@fd.org

Attorney for Kevin Mixael Estrada Ortiz

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KEVIN MIXAEL ESTRADA ORTIZ

v.

TODD BLANCHE, Acting Attorney
General of the United States;
MARKWAYNE MULLIN, Secretary,
United States Department of Homeland
Security; MICHAEL BERNACKE, Field
Director, Salt Lake City Office; TODD
LYONS, Acting Director; JOHN MATTOS,
Warden, Nevada Southern Detention
Center,

Respondents.

Case No. 2:26-cv-00424-GMN-MDC

**Unopposed Motion to Extend Time
to File a Reply to Respondents'
Response to the First Amended
Petition (ECF No. 13)**[1]

**(First Request)**

Petitioner Kevin Mixael Estrada Ortiz, by and through undersigned counsel, submits this unopposed motion to extend the deadline for Petitioner to file a reply to the Respondents' Response to the First Amended Petition, ECF No. 13. The current

---

[1] On April 3, 2026, undersigned counsel conferred with respondents' counsel, and he does not oppose the extension.

deadline to reply to the Respondents' Response is April 3, 2026 (today).This is the first request for an extension of time to reply to Respondents' response.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Fed. R. Civ. P. 6(b)(1), when there is a showing of "good cause", the court can extend the time for "[w]hen an act may or must be done." Additionally, LR IA 6-1 permits a party to request additional time to perform and act.

Undersigned counsel is out on medical leave until April 13, 2026. Despite best efforts to keep with the existing filing schedule, a short continuance is requested in order to prepare and file the reply briefing. Undersigned counsel respectfully requests a new filing deadline of April 13, 2026.

This extension of time is requested in good faith and not for the purpose of delay.

DATED April 3, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Keisha K. Matthews
Keisha K. Matthews
Assistant Federal Public Defender

**IT IS SO ORDERED.**

_____
**United States District Judge**

**DATED:** _____ April 6, 2026 _____

2

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed on April 3, 2026. I personally served a true and correct copy of the **Unopposed Motion to Extend Time to File a Reply to Respondents' Response to the First Amended Petition (ECF No. 13)** by CM/ECF to the following individuals:

| JAMES R. SWEETIN<br>DOJ-USAO<br>501 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | TODD BLANCHE<br>Acting Attorney General<br>501 Las Vegas Blvd. South<br>Las Vegas, NV 89101 |
| --- | --- |

/s/ *Jeremy Kip*

Employee of the Federal Public
Defender, District of Nevada

3